FAUST LUMBER COMPANY and another, Appellants, vs. GAUDETTE and others, Respondents.

*September 22, 1920—January 11, 1921.*

*Brenner v. Heruben,* 170 Wis. 565, and *Mueller & Son Co. v. Gothard, ante,* p. 135, followed.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

Action to review an order of the *Industrial Commission* awarding treble damages to a minor of permit age allowed to work without a permit.

The cause was submitted for the appellants on the briefs of *Otjen & Otjen* of Milwaukee, attorneys, and *E. A. Morse* of Antigo, of counsel, and for the respondent *Industrial Commission* on that of the *Attorney General* and *Winfield W. Gilman,* assistant attorney general.

The following opinion was filed October 19, 1920:

VINJE, J. This case is ruled by *Brenner v. Heruben,*
170 Wis. 565, 176 N. W. 228, and *Mueller & Son Co. v.
Gothard, ante,* p. 135, 179 N. W. 576.
    *By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $15 costs, on
January 11, 1921.